## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **8:06CR149** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MAURA BONNETT, | ) | |
| | ) | |
| Defendant. | ) | |

The initial appearance and plea hearing are scheduled before the undersigned magistrate judge at **2:00 p.m. on May 3, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 28th day of April, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge